IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR320 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA MEYER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the index of exhibits shall be restricted, pending further order of the Court.

DATED this 7th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court