IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR320 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA MEYER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to correct or reduce sentence (Filing No. 34). The Court notes that the United States Court of Appeals for the Eighth Circuit has affirmed the judgment, including the sentence, on appeal (Filing No. 53). Therefore, defendant's motion will be denied. Accordingly,

IT IS ORDERED that defendant's motion to correct or reduce sentence is denied.

DATED this 18th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court