IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR320 |
| v. | |
| JOSHUA M. MEYER, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 77). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 59) and the Amended Petition for Offender Under Supervision (Filing No. 76) without prejudice as to defendant Joshua M. Meyer. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 77) is granted.
2. The Petition for Offender Under Supervision (Filing No. 59) and the Amended Petition for Offender Under Supervision (Filing No. 76) are hereby dismissed without prejudice.
3. Joshua M. Meyer's previously imposed term of supervision is terminated.

Dated this 22nd day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge